UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-21273-CIV-UNGARO

_____

GIOVANNI MUNOZ,

    Plaintiff,

v.

KOBI KARP ARCHITECTURE
& INTERIOR DESIGN, INC., *et al.*,

    Defendants.
_____

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

    THIS CAUSE is before the Court upon Plaintiff's Motion for Attorney's Fees. (D.E. 27.) The Honorable Andrea M. Simonton, United States Magistrate Judge has issued a Report and Recommendation dated May 13, 2010 (D.E. 35), recommending that the Motion be GRANTED IN PART. The parties have failed to file objections to the Report. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding the failure to file timely objections bars the parties from attacking factual findings on appeal). The matter is ripe for disposition.

    THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

    ORDERED and ADJUDGED that United States Magistrate Judge Simonton's Report and Recommendation of May 13, 2010, is RATIFIED, AFFIRMED and ADOPTED. It is further

    ORDERED AND ADJUDGED that Plaintiff be awarded attorney's fees and costs totaling $4,540.00, representing $3,540.00 in attorney's fees for Mr. Norell, $570 in attorney's fees for Mr. Kreger, and $430.00 in costs. The Court will separately enter its final cost judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of June, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record